103 A.3d 216

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**David Benjamin SHAPIRO, Respondent.**

**Misc. Docket AG No. 30, Sept. Term, 2014.**

Court of Appeals of Maryland.

Nov. 13, 2014.

## *ORDER*

This Court having considered the Joint Petition for Reprimand by Consent filed herein pursuant to Maryland Rule 16–772, it is this 13th day of November, 2014,

ORDERED, by the Court of Appeals of Maryland, that David Benjamin Shapiro, Respondent, is hereby reprimanded for professional misconduct in violation of Rule 7.3(a) & (b)(1) of the Maryland Lawyers' Rules of Professional Conduct.